UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
ELKIE NATHAN                                                          Civil Action No:
                                                                      1:22-cv-471
                                  Plaintiff,

    -v.-

TRANS UNION, LLC
EQUIFAX INFORMATION SERVICES, LLC,
NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE
SERVICING

                                  Defendants.
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Notice is hereby given that the Plaintiff Elkie Nathan and Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 15th day of February, 2022

                                                                       */s/Mark Rozenberg*
                                                                       Mark Rozenberg, Esq.
                                                                       **Stein Saks, PLLC**
                                                                       One University Plaza
                                                                       Hackensack, NJ 07601
                                                                       Phone: 201-282-6500
                                                                       mrozenberg@steinsakslegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 15, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.